IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

vs.                                      CASE NO.

MICHAEL DAVID BONNEY, DAVID
SKANDALIARIS and ALBERT FARAJIAN as
Individuals and d/b/a, CLUBREPLICA.COM,
REPLICAS, INC.; PRECISEKNOKOFFS.COM;
GRADEONEWATCHES.COM; and
GRADEONEREPLICAS.COM,

    Defendants.
_____/

**ROLEX WATCH U.S.A., INC.'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

ROLEX WATCH U.S.A., INC. ("Rolex"), pursuant to Fed. R. Civ. P. 7.1(a), files its Certificate of Interested Persons and Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation. Rolex states as follows:

1.    The undersigned, counsel of record for Plaintiffs, Rolex Watch U.S.A., Inc. certifies that the following listed party has a direct, pecuniary interest in the outcome of this case: Rolex Watch U.S.A., Inc.

This representation is made to enable the Court to evaluate possible disqualification or recusal.

Rolex is without knowledge or information sufficient to identify interested persons with regard to any defendant.

Respectfully submitted,

BAVOL JUDGE, P.A.

    ☐s/William J. Judge, Jr.
Charles D. Bavol (FBN: 776701)
William J. Judge, Jr. (FBN: 426296)
400 North Ashley, Suite 2500
P.O. Box 1440
Tampa, Florida 33601-1440
813-221-7111; 813-221-7112 (fax)
Attorneys for Plaintiff ROLEX WATCH U.S.A., INC.

OF COUNSEL

GIBNEY, ANTHONY & FLAHERTY, LLP
Brian W. Brokate, Esq. (BB 5830)
Matthew W. Carlin, Esq. (MC 4902)
665 Fifth Avenue
New York, NY  10022
212-688-5151; 212-688-8315 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of October, 2005, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **BRUCE R. INSANA, ESQ. (Counsel for Defendant, Skandaliaris)** .  I further certify that a copy of the foregoing was mailed by first-class mail to the following non-CM/ECF participants:  **ALBERT FARAJIAN, 19501 W. Country Club Drive, Apt. 2410W, Adventura, FL  33180-2471**.

    ☐s/William J. Judge, Jr.
    ATTORNEY