UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.                                        CASE NO: 8:05-CV-1715-T-27MAP

MICHAEL DAVID BONNEY; et al.,

    Defendants.
_____/

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement (Dkt. 66) and Supplemental Notice of Settlement (Dkt. 68) that the above-styled action has been settled as to Defendant Albert Farajian, although the parties have not yet completed "all attendant requirements under the Rules and settlement." (Dkt. 68). Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. Any pending motions, as to Defendant Farajian only, are **DENIED** as moot;

2. Plaintiff shall file a notice regarding the status of any remaining Defendants within twenty (20) days of the date of this Order;

3. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in chambers on this 5th day of July, 2007.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record